# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE ELIZABETH JONES, | ) | NO. ED CV 08-01318 VAP (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MARY LATTIMORE, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 29, 2009.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE